Terrance E. JACKSON, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74578.

Missouri Court of Appeals,
Western District.

Jan. 15, 2013.

Dora Fichter, Jefferson City, MO, for appellant.

S. Kate Webber, Kansas City, MO, for respondent.

Before Division Three: ALOK AHUJA, P.J., and VICTOR C. HOWARD and CYNTHIA L. MARTIN, JJ.

### ORDER

PER CURIAM:

Terrance Jackson pleaded guilty to robbery in the second degree. He subsequently filed a motion for post-conviction relief under Supreme Court Rule 24.035, which the circuit court denied without an evidentiary hearing. Jackson appeals, arguing that his plea was not knowing and voluntary because: (1) he was under the influence of illegal drugs that prevented him from understanding the plea proceedings; (2) his counsel pressured him to plead guilty; and (3) his counsel misadvised him as to the operation of a "120–day call-back" under § 559.115, RSMo. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for

this order has been provided to the parties.  Rule 84.16(b).